RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 16 2025

DANIEL J. McCOY, CLERK
BY:_____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | 18 U.S.C. §111(a)(1) |
| VERSUS | * | |
| | * | |
| VICTOR HUGO ROCHA-ROMERO | * | |

2:25-cr-00190-01
Judge Cain
Magistrate Judge LeBlanc

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### Assaulting, resisting, or impeding certain officers or employees
### 18 U.S.C. §111(a)(1)

On or about June 30, 2025, in the Western District of Louisiana, the defendant, VICTOR HUGO ROCHA-ROMERO, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Special Agents of the Department of Homeland Security, who were engaged in official duties, and the defendant, VICTOR HUGO ROCHA-ROMERO, did cause physical contact and inflicted bodily injury; in violation of Title 18, United States Code, Section 111(a)(1). [18 U.S.C. § 111(a)(1)].

A TRUE BILL:

**REDACTED**
GRAND JURY FOREPERSON

ALEXANDER C. VAN HOOK
Acting United States Attorney

MYERS P. NAMIE, La. Bar No. 29359
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618